| RON BENDER (State Bar No. 143364)<br>JOHN-PATRICK M. FRITZ (State Bar No. 245240)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: rb@lnbyg.com, jpf@lnbyg.com,<br><br>Attorneys for Plaintiff Hologenix, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –  LOS ANGELES DIVISION**

| In re<br><br>HOLOGENIX, LLC.,<br><br>                         Debtor and Debtor in Possession | Case No. 2:20-bk-13849-BR<br><br>Chapter 11 (Subchapter V)<br><br>Adv. Proc. No. 2:22-ap-01098-BR |
|---|---|
| HOLOGENIX, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>MULTIPLE ENERGY TECHNOLOGIES, LLC.,<br><br>                              Defendant | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: <u>JUDGMENT</u>** |

PLEASE TAKE NOTE that **Judgment** was lodged on June 23, 2026, and is attached. This order relates to the motion which is docket number 13.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM, JPF@LNBYG.COM,

Attorneys for Plaintiff Hologenix, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 (Subchapter V) |
| Debtor and Debtor in Possession. | |
| HOLOGENIX, LLC, | Adv. Proc. No. 2:22-ap-01098-BR |
| Plaintiff, | **JUDGMENT** |
| v. | Date:    May 26, 2026 |
| MULTIPLE ENERGY TECHNOLOGIES, LLC, | Time:    10:00 a.m. |
| | Place:    Courtroom 1545 |
| Defendant. | 255 East Temple Street |
| | Los Angeles, California |

On May 26, 2026, after remand by the United States District Court for the Central District of California and in accordance with the Order of the United States Court of Appeals for the Ninth Circuit, the Court heard and considered the motion for summary judgment filed by plaintiff Hologenix, LLC ("**Hologenix**"), in the above-captioned adversary proceeding.  Having granted Hologenix's motion and denied the cross-motion for summary judgment filed by defendant Multiple Energy Technologies, LLC ("**MET**"), the Court renders judgment in this matter as follows:

1

1.      Judgment is entered in favor of Hologenix and against MET on all claims for relief asserted in Hologenix's *Complaint for: (1) Avoidance of Preferential Transfer; (2) Recovery of Avoided Transfer; and (3) Disallowance of Claims*.

2.      Pursuant to 11 U.S.C. § 547(b), the transfer of $100,000 made by Hologenix on March 9, 2020, pursuant to the *Confidential Settlement Agreement and General Release* (the "**Settlement Agreement**") between Hologenix and MET is avoided.

3.      Pursuant to 11 U.S.C. § 550(a)(1), Hologenix shall recover from MET the sum of $100,000.00, plus accrued interest and interest that accrues after the date of this Judgment on the funds deposited by Hologenix into the Court's registry on or about September 18, 2024 (all such principal and accrued interest referred to herein as the "**Deposited Funds**").

4.      Pursuant to 11 U.S.C. § 502(d), any and all claims asserted against Hologenix's estate in *In re Hologenix, LLC*, Case No. 2:20-bk-13849-BR, including but not limited to claims asserted by MET in its proof of claim filed on or about July 8, 2020, are disallowed unless and until the Deposited Funds (or other funds in like amount) are disbursed to Hologenix.

# # # # #

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled: **Notice Of Lodgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 23, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyg.com
- Ron Bender     rb@lnbyg.com
- John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Gregory Kent Jones (TR)    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com
- Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- Nicole Sullivan     sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- David Wood     dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- Roye Zur     rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2.  SERVED BY UNITED STATES MAIL**: On **June 23, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 23, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service list attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**