RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM, JPF@LNBYG.COM,

Attorneys for Plaintiff Hologenix, LLC

FILED & ENTERED

JUL 13 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 (Subchapter V) |
| Debtor and Debtor in Possession. | |
| HOLOGENIX, LLC, | Adv. Proc. No. 2:22-ap-01098-BR |
| Plaintiff, | **JUDGMENT** |
| v. | Date:    May 26, 2026 |
| MULTIPLE ENERGY TECHNOLOGIES, LLC, | Time:    10:00 a.m. |
| | Place:    Courtroom 1668 |
| Defendant. | 255 East Temple Street |
| | Los Angeles, California |

On May 26, 2026, after remand by the United States District Court for the Central District of California and in accordance with the Order of the United States Court of Appeals for the Ninth Circuit, the Court heard and considered the motion for summary judgment filed by plaintiff Hologenix, LLC ("**Hologenix**"), in the above-captioned adversary proceeding.  Having granted Hologenix's motion and denied the cross-motion for summary judgment filed by defendant Multiple Energy Technologies, LLC ("**MET**"), the Court renders judgment in this matter as follows:

1

1.      Judgment is entered in favor of Hologenix and against MET on all claims for relief asserted in Hologenix's *Complaint for: (1) Avoidance of Preferential Transfer; (2) Recovery of Avoided Transfer; and (3) Disallowance of Claims*.

2.      Pursuant to 11 U.S.C. § 547(b), the transfer of $100,000 made by Hologenix on March 9, 2020, pursuant to the *Confidential Settlement Agreement and General Release* (the "**Settlement Agreement**") between Hologenix and MET is avoided.

3.      Pursuant to 11 U.S.C. § 550(a)(1), Hologenix shall recover from MET the sum of $100,000.00, plus accrued interest and interest that accrues after the date of this Judgment on the funds deposited by Hologenix into the Court's registry on or about September 18, 2024 (all such principal and accrued interest referred to herein as the "**Deposited Funds**").

4.      Pursuant to 11 U.S.C. § 502(d), any and all claims asserted against Hologenix's estate in *In re Hologenix, LLC*, Case No. 2:20-bk-13849-BR, including but not limited to claims asserted by MET in its proof of claim filed on or about July 8, 2020, are disallowed unless and until the Deposited Funds (or other funds in like amount) are disbursed to Hologenix.

# # # # #

Date: July 13, 2026

_____
Barry Russell
United States Bankruptcy Judge

2