FILED & ENTERED

JUL 15 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>             Debtor.<br>_____<br><br>HOLOGENIX, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>             Defendant. | Case No. 2:20-bk-13849 BR<br>Adv. No.  2:22-ap-01098 BR<br><br>Chapter 11<br>Subchapter V<br><br><br>**ORDER VACATING DOCKET NOS. 112, 113 AND 114** |

These matters are before the Court on the "Findings Of Fact And Conclusions Of Law In Support Of Order (1) Granting Plaintiff's Motion For Summary Judgment, (2) Denying Defendant's Cross Motion For Summary Judgment, And (3) Staying Judgment For A Limited Time" (Docket No. 112),  the "Order (1) Granting Plaintiff's Motion For Summary Judgment, (2) Denying Defendant's Cross Motion For Summary Judgment, And (3) Staying Judgment For A Limited Time" (Docket No. 113) and the "Judgment" (Docket No. 114), all entered by the Court on July 13, 2026.

-1-

Docket Numbers 112, 113, 114 were entered prematurely by the Court and are **HEREBY VACATED**.

**IT IS SO ORDERED.**

**# # #**

Date: July 15, 2026

Barry Russell
United States Bankruptcy Judge