United States Bankruptcy Court

Central District of California

Hologenix, LLC,

    Plaintiff

Multiple Energy Technologies, LLC,

    Defendant

Adv. Proc. No. 22-01098-BR

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | INTERESTED PARTY |
| dft | | Multiple Energy Technologies, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wood | on behalf of Defendant Multiple Energy Technologies  LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Gregory Kent Jones (TR) | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |

District/off: 0973-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 2 of 2

Date Rcvd: Jul 13, 2026　　　　　　　　　　Form ID: pdf031　　　　　　　　　Total Noticed: 1

John-Patrick M Fritz
　　　　　on behalf of Plaintiff Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Kurt Ramlo
　　　　　on behalf of Plaintiff Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Nicole Sullivan
　　　　　on behalf of Defendant Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
　　　　　vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Bender
　　　　　on behalf of Plaintiff Hologenix  LLC rb@lnbyg.com

Roye Zur
　　　　　on behalf of Defendant Multiple Energy Technologies  LLC rzur@elkinskalt.com,
　　　　　lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Tinho Mang
　　　　　on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com
　　　　　tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
　　　　　on behalf of Plaintiff Hologenix  LLC tma@lnbyg.com

United States Trustee (LA)
　　　　　ustpregion16.la.ecf@usdoj.gov


TOTAL: 11

RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM, JPF@LNBYG.COM,

Attorneys for Plaintiff Hologenix, LLC

**FILED & ENTERED**

**JUL 13 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 (Subchapter V) |
| Debtor and Debtor in Possession. | |
| HOLOGENIX, LLC, | Adv. Proc. No. 2:22-ap-01098-BR |
| Plaintiff, | **ORDER (1) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (2) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND (3) STAYING JUDGMENT FOR A LIMITED TIME** |
| v. | |
| MULTIPLE ENERGY TECHNOLOGIES, LLC, | |
| Defendant. | Date:   May 26, 2026<br>Time:   10:00 a.m.<br>Place:   Courtroom 1545<br>           255 East Temple Street<br>           Los Angeles, California |

On May 26, 2026, after remand by the United States District Court for the Central District of California (the "**District Court**") and in accordance with the Order of the United States Court of Appeals for the Ninth Circuit (the "**Ninth Circuit**"), the Court conducted a hearing on the motion for summary judgment (the "**MSJ**") filed by plaintiff Hologenix, LLC ("**Hologenix**"), in the above-captioned adversary proceeding.  Appearances were as noted on the record at the hearing.

1

The Court having considered the MSJ and the declarations of Todd M. Arnold and Dimple Mehra in support thereof [AP docket no. 13], the opposition and cross-motion for summary judgment (the "**Cross-MSJ**") filed by defendant Multiple Energy Technologies, LLC ("**MET**") [AP docket no. 22], the declaration of Nicole A. Sullivan in support of the Cross-MSJ [AP docket no. 23], Hologenix's reply in support of the MSJ and in opposition to the Cross-MSJ, and the Declaration of Todd M. Arnold in support thereof [AP docket no. 26], Exhibit A and Exhibit B to the Sullivan Declaration, which were attached to MET's motion for leave to file exhibits under seal and are being treated by the Court as if they had been attached to the Sullivan Declaration [AP docket no. 29], the District Court's *Order Re: Bankruptcy Appeals* and *Judgment* entered on March 29, 2024, in District Court Case No. 2:22-cv-07510-FMO, the Ninth Circuit's *Order* entered on February 2, 2026, in Ninth Circuit Case No. 24-2884, Hologenix's post-remand brief in support of entry of summary judgment [AP docket no. 104], MET's post-remand brief in opposition to entry of summary judgment [AP docket nos. 105-106], and Hologenix's reply [AP docket no. 107], and having heard and considered the arguments of counsel at the hearings, for the reasons stated in this Court's separately filed *Findings of Fact and Conclusions of Law in Support of Order (1) Granting Plaintiff's Motion for Summary Judgment, (2) Denying Defendant's Cross-Motion for Summary Judgment, and (3) Staying Judgment for a Limited Time* (the "**Findings**") and on the record at the hearing, for good cause appearing, it is

**ORDERED THAT:**

1.      The MSJ is granted in its entirety.

2.      The Cross-MSJ is denied in its entirety.

3.      The Court shall enter a separate judgment (the "**Judgment**") in favor of Hologenix against MET on all claims for relief asserted by Hologenix in its *Complaint for: (1) Avoidance of Preferential Transfer; (2) Recovery of Avoided Transfer; and (3) Disallowance of Claims*.

4.      For the limited period set forth in this order, the Judgment is stayed to provide MET an opportunity to seek a stay pending appeal from the District Court without need for the filing of an emergency motion in the District Court for a stay pending appeal.  While this Court's stay remains in effect:  (1) the funds deposited by Hologenix into the Court's registry on or about September 18,

2024, and all current and future accrued interest thereon (the "**Deposited Funds**") shall remain on deposit with the Clerk of the Court; and (2) MET's claim against Hologenix's bankruptcy estate, as set forth in its proof of claim filed on or about July 8, 2020 ("**POC 15**"), shall not be deemed disallowed pursuant to 11 U.S.C. § 502(d).

5.    If MET does not file a timely notice of appeal of the Judgment, this Court's stay will expire automatically upon expiration of the time to appeal.  In that event, Hologenix shall lodge a proposed order directing the Clerk of the Court to disburse the Deposited Funds to Hologenix.

6.    If MET files a timely notice of appeal and the District Court denies MET's motion for a stay pending appeal, this Court's stay will expire automatically upon entry of the District Court's order denying MET's motion.  In that event, Hologenix shall lodge a proposed order directing the Clerk of the Court to disburse the Deposited Funds to Hologenix.

7.    Release of the Deposited Funds to Hologenix in accordance with this Order, or pursuant to a separate order of this Court, shall be deemed to satisfy MET's payment obligation under the Judgment.

#####

Date: July 13, 2026

_____
Barry Russell
United States Bankruptcy Judge

3