United States Bankruptcy Court

Central District of California

Hologenix, LLC,

    Plaintiff

Multiple Energy Technologies, LLC,

    Defendant

Adv. Proc. No. 22-01098-BR

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | INTERESTED PARTY |
| dft | | Multiple Energy Technologies, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wood | on behalf of Defendant Multiple Energy Technologies  LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Gregory Kent Jones (TR) | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |

District/off: 0973-2                          User: admin                                      Page 2 of 2
Date Rcvd: Jul 13, 2026                       Form ID: pdf031                                   Total Noticed: 1

John-Patrick M Fritz
                    on behalf of Plaintiff Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Kurt Ramlo
                    on behalf of Plaintiff Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Nicole Sullivan
                    on behalf of Defendant Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
                    vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Bender
                    on behalf of Plaintiff Hologenix  LLC rb@lnbyg.com

Roye Zur
                    on behalf of Defendant Multiple Energy Technologies  LLC rzur@elkinskalt.com,
                    lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Tinho Mang
                    on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com
                    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
                    on behalf of Plaintiff Hologenix  LLC tma@lnbyg.com

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov


TOTAL: 11

RON BENDER (State Bar No. 143364)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM, JPF@LNBYG.COM,

Attorneys for Plaintiff Hologenix, LLC

**FILED & ENTERED**

**JUL 13 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:20-bk-13849-BR |
| HOLOGENIX, LLC, | Chapter 11 (Subchapter V) |
|     Debtor and Debtor in Possession. | |
| HOLOGENIX, LLC, | Adv. Proc. No. 2:22-ap-01098-BR |
|     Plaintiff, | **JUDGMENT** |
|     v. | Date:    May 26, 2026 |
| MULTIPLE ENERGY TECHNOLOGIES, LLC, | Time:    10:00 a.m. |
|     Defendant. | Place:    Courtroom 1668 |
| |     255 East Temple Street |
| |     Los Angeles, California |

On May 26, 2026, after remand by the United States District Court for the Central District of California and in accordance with the Order of the United States Court of Appeals for the Ninth Circuit, the Court heard and considered the motion for summary judgment filed by plaintiff Hologenix, LLC ("**Hologenix**"), in the above-captioned adversary proceeding. Having granted Hologenix's motion and denied the cross-motion for summary judgment filed by defendant Multiple Energy Technologies, LLC ("**MET**"), the Court renders judgment in this matter as follows:

1

1.     Judgment is entered in favor of Hologenix and against MET on all claims for relief asserted in Hologenix's *Complaint for: (1) Avoidance of Preferential Transfer; (2) Recovery of Avoided Transfer; and (3) Disallowance of Claims*.

2.     Pursuant to 11 U.S.C. § 547(b), the transfer of $100,000 made by Hologenix on March 9, 2020, pursuant to the *Confidential Settlement Agreement and General Release* (the "**Settlement Agreement**") between Hologenix and MET is avoided.

3.     Pursuant to 11 U.S.C. § 550(a)(1), Hologenix shall recover from MET the sum of $100,000.00, plus accrued interest and interest that accrues after the date of this Judgment on the funds deposited by Hologenix into the Court's registry on or about September 18, 2024 (all such principal and accrued interest referred to herein as the "**Deposited Funds**").

4.     Pursuant to 11 U.S.C. § 502(d), any and all claims asserted against Hologenix's estate in *In re Hologenix, LLC*, Case No. 2:20-bk-13849-BR, including but not limited to claims asserted by MET in its proof of claim filed on or about July 8, 2020, are disallowed unless and until the Deposited Funds (or other funds in like amount) are disbursed to Hologenix.

# # # # #

Date: July 13, 2026

*Barry Russell*

Barry Russell
United States Bankruptcy Judge

2