United States Bankruptcy Court

Central District of California

Hologenix, LLC,

    Plaintiff

Adv. Proc. No. 22-01098-BR

Multiple Energy Technologies, LLC,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Hologenix, LLC, 17383 Sunset Blvd., Suite A420, Pacific Palisades, CA 90272-4181 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | INTERESTED PARTY |
| dft | | Multiple Energy Technologies, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wood | on behalf of Defendant Multiple Energy Technologies  LLC dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| David Wood | on behalf of Interested Party INTERESTED PARTY dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |
| Gregory Kent Jones (TR) | gjones@sycr.com  smjohnson@sycr.com;C191@ecfcbis.com;cpesis@stradlinglaw.com |

District/off: 0973-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 15, 2026                       Form ID: pdf031                              Total Noticed: 1

John-Patrick M Fritz
        on behalf of Plaintiff Hologenix  LLC jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Kurt Ramlo
        on behalf of Plaintiff Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Nicole Sullivan
        on behalf of Defendant Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Bender
        on behalf of Plaintiff Hologenix  LLC rb@lnbyg.com

Roye Zur
        on behalf of Defendant Multiple Energy Technologies  LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Tinho Mang
        on behalf of Interested Party INTERESTED PARTY tmang@marshackhays.com
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Todd M Arnold
        on behalf of Plaintiff Hologenix  LLC tma@lnbyg.com

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov


TOTAL: 11

FILED & ENTERED

JUL 15 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HOLOGENIX, LLC,<br><br>     Debtor.<br>_____<br><br>HOLOGENIX, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>     Defendant. | Case No. 2:20-bk-13849 BR<br>Adv. No.  2:22-ap-01098 BR<br><br>Chapter 11<br>Subchapter V<br><br><br><br>**ORDER VACATING DOCKET NOS. 112, 113 AND 114** |

These matters are before the Court on the "Findings Of Fact And Conclusions Of Law In Support Of Order (1) Granting Plaintiff's Motion For Summary Judgment, (2) Denying Defendant's Cross Motion For Summary Judgment, And (3) Staying Judgment For A Limited Time" (Docket No. 112),  the "Order (1) Granting Plaintiff's Motion For Summary Judgment, (2) Denying Defendant's Cross Motion For Summary Judgment, And (3) Staying Judgment For A Limited Time" (Docket No. 113) and the "Judgment" (Docket No. 114), all entered by the Court on July 13, 2026.

-1-

Docket Numbers 112, 113, 114 were entered prematurely by the Court and are **HEREBY VACATED**.

**IT IS SO ORDERED.**

**# # #**

Date: July 15, 2026

Barry Russell
United States Bankruptcy Judge

-2-